# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re:

MARK PETER KAROW                                    Case No. 11-21638 - pp

                Debtor.

---

## NOTICE OF APPEARANCE AND DEMAND TO RECEIVE ALL NOTICES

---

PLEASE TAKE NOTICE that **Michael E. Gosman** and **Whyte Hirschboeck Dudek S.C.** hereby appear on behalf of and represent **Caterpillar Financial Services Corporation** in the above-captioned Chapter 7 proceeding.

Pursuant to Sections 342 of the Bankruptcy Code and Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Whyte Hirschboeck Dudek S.C. requests that copies of all notices and pleadings given or filed in the Chapter 7 proceeding be served upon the undersigned at the following address, telephone number, facsimile number and e-mail address:

Michael E. Gosman
Whyte Hirschboeck Dudek S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
E-Mail: mgosman@whdlaw.com

and that the above-named be added to any mailing matrix which may be on file with the Clerk in the Chapter 7 proceeding, all pursuant to Rules 2002(g), 9007 and 9010 of the Federal Rules of Bankruptcy Procedure.

Prepared by:

Michael E. Gosman, Esq.
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202
Telephone: (414) 273-2100
Facsimile: (414) 223-5000
Email: mgosman@whdlaw.com
WHD/7660243.1

Dated this 15th day of February, 2011.

Respectfully submitted,

By: _Michael E. Gosman_
Michael E. Gosman

One of the Attorneys for Caterpillar
Financial Services Corporation

OF COUNSEL:

Michael E. Gosman
WHYTE HIRSCHBOECK DUDEK S.C.
555 East Wells Street, Suite 1900
Milwaukee, WI 53202
414-273-2100

WHD/7660243.1